# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| KEVIN LYNN § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 3:25-CV-2299-S-BW |
| U.S. BANK TRUST NATIONAL § | |
| ASSOCIATION, not in its individual § | |
| capacity but solely as owner trustee for § | |
| RCT2 Acquisition Trust, et al. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's Emergency Application for Temporary Restraining Order [ECF No. 4] is **DENIED**, and separate judgment will be entered **DISMISSING WITHOUT PREJUDICE** Plaintiff's claims for lack of subject matter jurisdiction.

**SO ORDERED.**

SIGNED September 26, 2025.

_____
**UNITED STATES DISTRICT JUDGE**