# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| KEVIN LYNN<br><br>v.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, not in its individual capacity but solely as owner trustee for RCT2 Acquisition Trust, et al. | §<br>§<br>§<br>§   CIVIL ACTION NO. 3:25-CV-2299-S-BW<br>§<br>§<br>§<br>§ |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that this lawsuit is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 12(h)(3), for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that the Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to the parties and their counsel.

**SO ORDERED.**

SIGNED September 26, 2025.

_____
**UNITED STATES DISTRICT JUDGE**